**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: |
| | ) | |
| Plaintiff, | ) | **CORPORATE DISCLOSURE** |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN SICARD | ) | |
| Defendant | ) | 03  12259  PBS |

Pursuant to LR, D. Mass 7.3 the corporate Plaintiff in the above referenced action, DIRECTV, Inc., now makes this disclosure:

1.    **DIRECTV, Inc.** (a California Corp.) is a wholly owned subsidiary of DIRECTV Enterprises, LLC (a Delaware Limited Liability Company);

2.    **DIRECTV Enterprises** is a wholly owned subsidiary of DIRECTV Holdings, LLC (a Delaware LLC);

3.    **DIRECTV Holdings, LLC** is a wholly owned subsidiary of Hughes Electronic Corporation (a Delaware Corp.);

4.    **Hughes Electronic Corporation** is a wholly owned subsidiary of General Motors Corporation (a Delaware Corp.);

5.    **General Motors Corporation** (a Delaware Corp.) is a publicly-held corporation.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

John M. McLaughlin (BBO: 556328)
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

Date

Page   1