UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN)

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03cv12259 PBS** |
| ) | |
| Plaintiff, ) | **MOTION TO EXTEND TIME FOR** |
| ) | **SERVICE PURSUANT TO F.R.C.P. 4 (m)** |
| vs. ) | |
| ) | |
| **John Sicard** ) | |
| ) | |
| Defendant ) | |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order extending the time to make service upon the defendant pursuant to Federal Rule Civil Procedure 4 (m) by an additional 60 days. The Plaintiff asserts that there is good cause for the failure to make service or to certify the service has been made to date in that:

1. This complaint was filed on or about November 14, 2003.

2. Summons was issued dated November 14, 2003.

3. Documents for service were sent to a sheriff on or about to December 1, 2003;

4. The original summons was returned to Plaintiff's counsel on or about April 1, 2004 along with a notice that the Defendant could not be found in that county;

5. Plaintiff's counsel has retained a private investigator to assist in locating the Defendant;

6. The Plaintiff needs more time to locate and effectuate service on the Defendant. In further support of this motion the Plaintiff:

7. Offers the affidavit of Attorney John M. McLaughlin; and

8. States that the affidavit contains factual assertions giving rise to good cause to extend the subject time by 60 days.

4/12/04
Date

John M. McLaughlin (BBO.: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 12 day of April, 2003, a copy of the foregoing Motion To Extend Time For Service Pursuant To F.R.C.P. 4 (m) and Affidavit Of John M. McLaughlin In Support Of The Motion To Extend Time For Service Pursuant To F.R.C.P. 4 (m) was mailed first class to:

John Sicard
61 Centre Street
Roxbury, MA 02119

_____
John M. McLaughlin, Esq.