UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03cv12259 PBS** |
| ) | |
| Plaintiff, ) | **AFFIDAVIT OF JOHN M.** |
| ) | **MCLAUGHLIN IN SUPPORT OF THE** |
| vs. ) | **MOTION TO EXTEND TIME FOR** |
| ) | **SERVICE PURSUANT TO F.R.C.P. 4 (m)** |
| **John Sicard** ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. This complaint was filed on or about November 14, 2003.

2. Summons was issued dated November 14, 2003.

3. Documents for service were sent to a sheriff on or about to December 1, 2003;

4. The original summons was returned to Plaintiff's counsel on or about April 1, 2004 along with a notice that the Defendant could not be found in that county;

5. Plaintiff's counsel has retained a private investigator to assist in locating the Defendant;

6. The Plaintiff needs more time to locate and effectuate service on the Defendant.

Subscribed and sworn to, under the pains and penalties of perjury, this 12th day of April 2004.

_____
John M. McLaughlin