UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN)

| | |
|---|---|
| **DIRECTV, Inc.** )<br>  )<br> Plaintiff, )<br>  )<br> vs. )<br>  )<br> **John Sicard** )<br>  )<br> Defendant )<br>_____) | Case No.: **03cv12259 PBS**<br><br>**MOTION TO EXTEND TIME FOR SERVICE PURSUANT TO F.R.C.P. 4 (m)** |

Now comes the Plaintiff in the above-entitled action, and, moves this court for an order extending the time to make service upon the defendant pursuant to Federal Rule Civil Procedure 4 (m) by an additional 30 days. The Plaintiff asserts that there is good cause for the failure to make service or to certify the service has been made to date in that:

1. This complaint was filed on or about November 14, 2003.

2. Summons was issued dated November 14, 2003.

3. Documents for service were sent to a sheriff on or about to December 1, 2003;

4. The original summons was returned to Plaintiff's counsel on or about April 1, 2004 along with a notice that the Defendant could not be found in that county;

5. Plaintiff's counsel filed a Motion for Extension of Time on April 13, 2004;

6. Plaintiff's counsel was granted sixty (60) additional days to serve the Defendant on April 20, 2004 during which time a private investigator reported back that the Defendant in fact resides at the original address listed;

7. The Plaintiff's counsel needs more time to effectuate service on the Defendant.

In further support of this motion the Plaintiff:

8. Offers the affidavit of Attorney John M. McLaughlin; and

9. States that the affidavit contains factual assertions giving rise to good cause to extend the subject time by 30 days.

Date 5/14/04

John M. McLaughlin (BBO.: 556328)
MCLAUGHLIN SACKS, LLC
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the ____ day of _____, 2004, a copy of the foregoing Motion To Extend Time For Service and Affidavit Of John M. McLaughlin In Support Of The Motion To Extend Time For Service was mailed first class to:

John Sicard
61 Centre Street
Roxbury, MA 02119

John M. McLaughlin, Esq.