UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc.<br><br>    Plaintiff,<br><br>vs.<br><br>John Sicard<br><br>    Defendant | ) Case No.: 03cv12259 PBS<br>)<br>) **AFFIDAVIT OF JOHN M.**<br>) **MCLAUGHLIN IN SUPPORT OF THE**<br>) **MOTION TO EXTEND TIME FOR**<br>) **SERVICE PURSUANT TO F.R.C.P. 4 (m)**<br>)<br>) |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. This complaint was filed on or about November 14, 2003.

2. Summons was issued dated November 14, 2003.

3. Documents for service were sent to a sheriff on or about to December 1, 2003;

4. The original summons was returned to Plaintiff's counsel on or about April 1, 2004 along with a notice that the Defendant could not be found in that county;

5. Plaintiff's counsel filed a Motion for Extension of Time on April 13, 2004;

6. Plaintiff's counsel was granted sixty (60) additional days to serve the Defendant on April 20, 2004 during which time a private investigator reported back that the Defendant in fact resides at the original address listed;

7. The Plaintiff needs more time to locate and effectuate service on the Defendant.

Subscribed and sworn to, under the pains and penalties of perjury, this 14th day of May 2004.

_____
John M. McLaughlin