# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | | |
|---|---|---|
| DIRECTV, Inc. | ) | Case No.: **03cv12259 PBS** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PLAINTIFF'S REQUEST** |
| vs. | ) | **FOR ENTRY OF DEFAULT** |
| | ) | |
| John Sicard | ) | |
| | ) | |
| Defendant | ) | |

Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **John Sicard**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

6/7/04
_____
Date

_____
John M. McLaughlin (BBO: 556328)
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the _6_ day of _____, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

John Sicard
61 Centre St.
Roxbury, MA  02119

John M. McLaughlin, Esq.