AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
Cm Sheet & Coprnot Disclosu

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date            Signature of Server

_____
Address of Server



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.                                              May 24, 2004

I hereby certify and return that on 5/15/2004 at 6:00:00 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet, C8 Disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of John N Sicard, , 61 Centre street, , Roxbury, MA 02120. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($3.00), Attest/Copies ($5.00) Total Charges $37.70

                                                              Deputy Sheriff

Deputy Sheriff Robert Foscaldo