AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
CLERKS OFFICE
2004 JUN -1 P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

DIRECTV, Inc.

V.

John Sicard

SUMMONS IN A CIVIL CASE

CASE NUMBER: **03 - 12259 PBS**

TO: (Name and address of Defendant)

John Sicard
61 Centre Street
Roxbury, MA 02119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK



NOV 14 2003

DATE

Case 1:03-cv-12259-PBS     Document 8     Filed 06/01/2004     Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____
   Cvr Sheet d   Cvpvot Disclsr

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
            Date              Signature of Server

                             _____
                             Address of Server



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.                                          May 24, 2004

(1) I hereby certify and return that on 5/15/2004 at 6:00:00 PM I served a true and attested copy of the Summons, Complaint and Cover Sheet, & Disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of John N Sicard, , 61 Centre Street, , Roxbury, MA 02120. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($1.50), Travel ($3.20), Postage and Handling ($3.00), Attest/Copies ($5.00) Total Charges $37.70

Deputy Sheriff Robert Foscaldo                                    Deputy Sheriff