UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                Civil Action
                                                No: 03-12259-PBS

DIRECTV, Inc.
Plaintiff

v.

John Sicard
Defendant

## NOTICE OF DEFAULT

     Upon application of the Plaintiff for an order of Default for failure of the Defendant, John Sicard to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, John Sicard has been defaulted on June 8, 2004.

                                                Tony Anastas
                                                Clerk


                                                By: /s/ Robert C. Alba
                                                    Deputy Clerk


Date: June 8, 2004


Notice mailed to counsel of record and defendant(s).