UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                            Civil Action
                                            No: 03-12259-PBS

DIRECTV, Inc.
Plaintiff

v.

John Sicard
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                June 8, 2004

     On June 8, 2004, a notice of default was issued as to the Defendant, John Sicard pursuant to Rule 55(b), Fed.R.Civ.P.  If the Plaintiff intends to move for judgment by default, it shall do so on or before July 8, 2004.  Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                               By the Court,

                                                           /s/ Robert C. Alba
                                                                   Deputy Clerk