UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Comcast of Massachusetts I, Inc.**
             **Plaintiff**                                            Civil Action

      V.                                                              No. **04-10867**

  **Bill Grammar**
                    **Defendant**

### O R D E R

  Saris                D.J.

Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case is hereby transferred to the Springfield session of this court for all further proceedings.

By The Court,

 /s/ Christine Patch
       Deputy Clerk

Date: 6/10/04

Copies to:        Counsel, Operations Manager

(Transfer O - Springfield.wpd - 7/99)                                    [divtranout.]